# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEXIS DOUGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:20-cv-397-TFM-MU |
| | ) | |
| AMY GUTHRIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

Pending before the Court is the parties' *Consent Motion to Condemn Funds and Enter a Judgment in favor of Plaintiff Alexis Dougan*. Doc. 21, filed 08/26/21. Steven D. Sciple, Guardian ad Litem for Plaintiff Alexis Dougan, and Defendant Amy Guthrie, guardian for Plaintiff Alexis Dougan, agree by stipulation and move the Court to (1) enter a judgment in favor of Plaintiff Alexis Dougan, (2) award the funds received on June 8, 2021, in the amount of $61,622.40 from The Prudential Insurance Company of America, and (3) disburse the funds to J. Gregory Carwie as conservator for Alexis Dougan. Doc. 21-1. The Court having considered the motion and for good cause shown **ORDERS** that the motion is **GRANTED**. It is therefore **ORDERED** that Judgment is entered in favor of Plaintiff Alexis Dougan.

The funds at issue were previously deposited in the Court's Disputed Ownership Fund ("DOF") on June 8, 2021 in the amount of $61,622.40 from the Prudential Insurance Company of America. *See* Docs. 19, 20. The DOF requires that taxes be withheld from the earnings. With this consent judgment, the $61,622.40 plus any applicable interest minus any required withholding are awarded to Alexis Dougan and the Clerk of Court is **DIRECTED** to distribute and disburse the funds to J. Gregory Carwie as Conservator for Alexis Dougan at the following address:

J. Gregory Carwie
Sirote & Permutt, PC
One St. Louis Centre, Suite 1000
Mobile, AL 36602

J. Gregory Carwie and/or Steven D. Sciple are **DIRECTED** to coordinate with the Clerk of Court (Finance) regarding the appropriate tax paperwork. They may be contacted at [alsd_finance@alsd.uscourts.gov](mailto:alsd_finance@alsd.uscourts.gov). Upon disbursement of the funds, the Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 23rd day of September, 2021.

s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE